PROB12A1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**REPORT AND RECOMMENDATION OF OFFENDER NON-COMPLIANCE**

| | |
|---|---|
| **Offender Name:** | TROY BOYD |
| **Docket Number:** | 1:98CR05294-03 REC |
| **Judicial Officer:** | Honorable Robert E. Coyle<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | April 3, 2000 |
| **Original Offense:** | 21 USC 846 and 841(a)(1), Conspiracy to Distribute and Possess With Intent to Distribute Cocaine |
| **Original Sentence:** | 235 months BOP, 60 months supervised release, $100 special assessment. |
| **Special Conditions:** | 1) Search and seizure; 2) Financial access; 3) Participate in a correctional treatment program to obtain assistance for drug or alcohol abuse; 4) Drug testing; 5) Shall not possess a pager or cellular phone; 6) Participate in a co-payment plan for treatment; and 7) Register as a narcotics offender. |
| **Other Court Action:** | 10/29/2001: The defendant's sentence was amended to 60 months in the Bureau of Prisons.<br><br>05/24/2005: The Court was noticed regarding a new law violation; however, no action was taken as the allegations underlying the offense could not be substantiated. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | August 22, 2003 |

**NON-COMPLIANCE SUMMARY**

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

1.  **NEW LAW VIOLATION**

**RE:   BOYD, TROY**
  **Docket Number:  1:98CR05294-03 REC**

**Details of alleged non-compliance:** On September 15, 2005, the defendant was arrested by the Metropolitan Nashville Police Department following a Sealed Indictment which charged him and six others with a violation of Conspiracy to Sell 300 grams or more of a Controlled Substance (cocaine) between November 19 and November 21, 2004, which is in violation of the condition that he not commit another federal, state or local crime.

2.   **POSSESSING AND HAVING ACCESS TO A CELL PHONE WITHOUT THE ADVANCE PERMISSION OF THE PROBATION OFFICER**

**Details of alleged non-compliance:** According to police records of telephone intercepts of conversations between the defendant and Eric Tyreese Davis (relevant to the above Indictment), it is apparent the defendant possessed and had access to a cell phone without the permission of the probation officer.

3.   **ASSOCIATION WITH A CONVICTED FELON WITHOUT THE U.S. PROBATION OFFICER'S APPROVAL**

**Details of alleged non-compliance:** The defendant had numerous telephone conversations and meetings with a convicted felon (Eric Tyreese Davis) in connection with the above mentioned indictment.

**United States Probation Officer Plan/Justification:**   The defendant was released from the Bureau of Prisons on August 22, 2003. Since his release, he has resided in Nashville, Tennessee, and maintained stable employment. As noted above, the defendant seems to have involved himself in additional criminal activity. At this time, the defendant denies any involvement in this conspiracy and is out on a $75,000 surety bond. The defendant's probation officer in Tennessee has indicated there does not appear to be overwhelming evidence against him with respect to the conspiracy charge. Therefore, his probation officer is requesting no action be taken at this time and that jurisdiction of this case be transferred to the Middle District of Tennessee.

Attached for the Court's review and consideration is a Probation Form 22, Transfer of Jurisdiction. Following the transfer of jurisdiction, all future court matters pertaining to this violation will be handled by the District Court in the Middle District of Tennessee.

**RE:    BOYD, TROY**
       **Docket Number:  1:98CR05294-03 REC**

Respectfully submitted,

/s/ Tim Mechem

**TIM MECHEM**
**United States Probation Officer**

Telephone:  (559) 498-7396

**DATED:**     January 31, 2006
              Fresno, California
              TDM

**REVIEWED BY:**        /s/Bruce Vasquez
                        **Bruce A. Vasquez**
                        **Supervising United States Probation Officer**

RE:   BOYD, TROY
Docket Number:  1:98CR05294-03 REC

---

**THE COURT ORDERS:**

X    **The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.**

☐    **Submit a Request for Modifying the Conditions or Term of Supervision.**

☐    **Submit a Request for Warrant or Summons.**

☐    **Other:**

| February 3, 2006 | /s/ OLIVER W. WANGER |
|---|---|
| **Date** | **Name of Judicial Officer** |

cc:   United States Probation
      Kevin Rooney, Assistant United States Attorney
      Roger Vehrs, Defense Counsel


Attachment:  PSR (Sacramento only)